David Goldman (Bar No. 76551)
dgoldman@wendel.com
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Attorneys for Defendant
24 HOUR FITNESS, USA, INC., A California
Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD ELLIOT IRVIN,

       Plaintiff,

    vs.

24 HOUR FITNESS, USA, INC., A
California Corporation, and DOES 1
through 100, inclusive,

       Defendants.

Case No.  2:08-CV-01013-JAM-KJM

**ORDER ON STIPULATION TO EXTEND
TIME FOR DEFENDANT TO RESPOND TO
COMPLAINT**

       Pursuant to the Stipulation to Extend Time for Defendant to Respond to complaint dated June 3, 2008, it is hereby ordered that Defendant 24 HOUR FITNESS, USA, INC., a California corporation, shall have through July 7, 2008, in which to respond to Plaintiff RICHARD ELLIOT IRVIN's complaint.

Dated: June 5, 2008

         /s/ John A. Mendez
         HON. JOHN A. MENDEZ
         United States District Judge

*Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036*

*PROPOSED ORDER TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT
Case No. 2-08-CV-01013-JAM-KJM*

PDF created with pdfFactory trial version www.pdffactory.com