1  David Goldman (Bar No. 76551)
   dgoldman@wendel.com
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, California  94607-4036
   Telephone:  (510) 834-6600
4  Fax:  (510) 834-1928

5  Attorneys for Defendant
   24 HOUR FITNESS, USA, INC.,
6  a California Corporation

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RICHARD ELLIOT IRVIN,              Case No.  2:08-CV-01013-JAM-KJM

12              Plaintiff,
                                       **ORDER TO EXTEND TIME FOR**
13       vs.                           **DEFENDANT TO RESPOND TO**
                                       **COMPLAINT**
14  24 HOUR FITNESS, USA, INC., A
    California Corporation, and DOES 1
15  through 100, inclusive,

16              Defendants.

17

18       Pursuant to the Stipulation to Further Extend Time for Defendant to Respond to

19  Complaint by counsel for the parties, it is hereby ordered that Defendant 24 HOUR FITNESS,

20  USA, INC., a California corporation, shall have through August 7, 2008, in which to respond to

21  Plaintiff RICHARD ELLIOT IRVIN's complaint.

22

23  Dated:  July 8, 2008

24                                     /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
25                                     UNITED STATES DISTRICT JUDGE

26

27

28

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA  94607-4036*

007774.0723\942766.1

*PROPOSED ORDER TO EXTEND TIME FOR*
*DEFENDANTS TO RESPOND TO COMPLAINT*
*Case No. 2-08-CV-01013-JAM-KJM*