UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ELLIOT IRVIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>24 HOUR FITNESS, USA, INC., A California Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 08CV-1013 JAM (KJM)<br><br>**ORDER DISMISSING CASE** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: December 16, 2008

　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com